No. 84–6426.   ELY v. UNITED STATES POSTAL SERVICE.
C. A. D. C. Cir.   Certiorari denied.

No. 84–6435.   MAGEE v. CAMPOY, WARDEN.   Sup. Ct. Cal.
Certiorari denied.

No. 84–6439.   FORRESTER v. BRANDT.   C. A. 2d Cir.   Certiorari denied.

No. 84–6448.   WOODS v. LUMBER CENTER, INC.   C. A. 5th
Cir.   Certiorari denied.

No. 84–6455.   FREEZE v. BAER, CHAIRMAN, UNITED STATES
PAROLE COMMISSION, ET AL.   C. A. 2d Cir.   Certiorari denied.

No. 84–6459.   HUBER v. NORTH DAKOTA.   Sup. Ct. N. D.
Certiorari denied.

No. 84–6461.   SWANN v. IDAHO.   Sup. Ct. Idaho.   Certiorari
denied.

No. 84–6462.   PERKINS v. RICE ET AL.   C. A. 7th Cir.   Certiorari denied.

No. 84–6467.   DAVIS v. PROCUNIER, DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS.   Ct. Crim. App. Tex.   Certiorari
denied.

No. 84–6472.   BUHAJLA v. UNITED STATES.   C. A. 5th Cir.
Certiorari denied.

No. 84–6476.   WEBSTER v. UNITED STATES.   C. A. 5th Cir.
Certiorari denied.

No. 84–6479.   SLOAN v. UNITED STATES.   C. A. 5th Cir.
Certiorari denied.

No. 84–6481.   LIBERTO v. UNITED STATES.   C. A. 3d Cir.
Certiorari denied.

No. 84–6483.   DEVELASCO v. UNITED STATES.   C. A. 2d Cir.
Certiorari denied.

No. 84–6488.   LOPEZ v. UNITED STATES.   C. A. 9th Cir.
Certiorari denied.

No. 84–6494.   MURPHY v. UNITED STATES.   C. A. 5th Cir.
Certiorari denied.